# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | No. 2023-MJ-6022 (DEA) |
| JERMAL WILSON | : | **CRIMINAL COMPLAINT** |

I, Jesse Figueiredo, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Deputy Marshal of the United States Marshals Service, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

*/s/ Jesse Figueiredo*
Jesse Figueiredo
Deputy Marshal
United States Marshals Service

Attested to me by telephone, pursuant to FRCP 4.1(b)(2)(A),

9/25/2023                                           at    District of New Jersey
Date

Honorable Douglas E. Arpert
United States Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

## ATTACHMENT A

On or about September 15, 2023, in Mercer County, in the District of New Jersey, the defendant,

JERMAL WILSON,

willfully and by means of throwing a rock, did attempt to injure and commit a depredation against property of the United States, specifically the Clarkson S. Fisher Federal Building and United States Courthouse, located at 402 E. State Street, Trenton, NJ 08608, and the resulting damage did not exceed $1,000,

In violation of Title 18, United States Code, Section 1361.

## **ATTACHMENT B**

I, Jesse Figueiredo, am a Deputy Marshal with the United States Marshals Service. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. The Clarkson S. Fisher Federal Building and United States Courthouse, located at 402 E. State Street, Trenton, NJ 08608 (the "Courthouse"), was on September 3, 2023 and thereafter property of the United States, which contained, among other agencies and entities, several offices and courtrooms for federal district and magistrate judges for the United States District Court for the District of New Jersey.

2. On or about September 15, 2023 at approximately 1:15 p.m., in Mercer County, in the District of New Jersey, a court security officer observed defendant JERMAL WILSON ("WILSON") forcefully and intentionally throw a rock at the front entrance of the Courthouse.

3. In response, law enforcement immediately detained WILSON outside the Courthouse for throwing the rock.

4. WILSON admitted to law enforcement that he, indeed, threw the rock and that since he pays taxes, he can throw items at the Courthouse whenever he passes that location.

5. The throwing of the rock by WILSON was captured by surveillance video and corroborates his admission that he threw the rock and the court security officer's observation.

6. Upon the arrest, law enforcement seized from WILSON's person, among other things, two knives.

7. The attempted damage to the Courthouse caused by WILSON's throwing of the rock did not exceed the sum of $1,000.

8. Previously, on September 3, 2023 at approximately 5:30 p.m., surveillance video captured an individual similar in appearance to WILSON throwing a glass Hennessey liquor bottle through a front entrance glass door to the Courthouse, causing approximately $1,300 in damage.

9.     The throws from September 3 and 15, 2023, as set forth in paragraphs 1 and 8, above, originated from the same general location on the sidewalk in front of the Courthouse and were executed in similar fashion, inasmuch as the individual who threw the liquor bottle on September 3, 2023 appeared in size, stature and facial detail to resemble WILSON and who, like WILSON on September 15, 2023, threw the liquor bottle with his left hand.