UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMAL WILSON | Mag. No. 23-06022 (DEA)<br><br>**ORDER** |

This matter having come before the court for appearance for a petition alleging the defendant's violation of bail; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Richard Shephard, Assistant United States Attorney, appearing) and the defendant being represented by Andrea Bergman, Esq.; and the parties having agreed that all existing terms of pretrial release imposed in the September 26, 2023 Order Setting Conditions of Release shall remain in full force and effect, except as modified as follows:

1. Defendant is restricted from the residential property of Casandra Belvin Wilson;

2. Defendant shall work with Pretrial Services to obtain residential placement at the Rescue Mission in Trenton, New Jersey, or elsewhere as directed by Pretrial Services;

3. Defendant shall work with Pretrial Services to obtain mental and substance abuse testing and/or treatment from Catholic Charities in Trenton, New Jersey, or elsewhere as directed by Pretrial Services; and

4. Defendant shall report in-person weekly to Pretrial Services;

and for good cause shown:

IT IS, therefore, on this __1st__ day of November 2023,

ORDERED that the terms of the defendant's pretrial release imposed in the September 26, 2023 Order Setting Conditions of Release shall remain in full force and effect, except as modified as above.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge