AO 245B (Mod. D/NJ 12/06) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

JERMAL WILSON

Defendant.

CASE NUMBER   3:23-MJ-06022-DEA-1

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, JERMAL WILSON, was represented by ANDREA BERGMAN, AFPD.

The defendant pleaded guilty to count 1 of the INFORMATION on 11/28/2023.   Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18:1361 | DEPREDATION AGAINST FEDERAL PROPERTY | 9/15/2023 | 1 |

As pronounced on November 28, 2023, the defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 29 day of November, 2023.

Douglas E. Arpert
United States Magistrate Judge

RECEIVED

NOV 29 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Judgment - Page 2 of 2

Defendant: JERMAL WILSON
Case Number: 3:23-MJ-06022-DEA-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of - Time served.

Defendant restricted from the block of the Clarkson S. Fisher US Courthouse, 402 East State St, Trenton, NJ 08608 for 1 year.

No further sentence imposed.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal